PEOPLE ex rel. BREWSTER et al. v. BOARD OF SUP'RS et al. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) Proceeding by the People of the State of New York, on the relation of Robert S. Brewster and others, against the Board of Supervisors and others. No opinion. Temporary stay vacated. Motion for stay denied. The time for a meeting of the supervisors, for compliance with the order and writ of the Special Term, set for Wednesday, October 27, 1915, at 11 o'clock in the forenoon.

PEOPLE ex rel. CARLOUGH v. FARLEY, State Excise Com'r, et al. (WESTCHESTER COUNTY BREWING CO., Intervener). (Supreme Court, Appellate Division, Second Department. December 3, 1915.) Proceeding by the People of the State of New York, on the relation of Nicholas Carlough, against William W. Farley, as State Commissioner of Excise, and another, in which the Westchester County Brewing Company intervene.

PER CURIAM. The proceeding under Liquor Tax Law (Consol. Laws, c. 39) § 27, subd. 1, to review the determination of the deputy commissioner of excise in refusing to grant a certificate, is statutory. Here the deputy commissioner of excise refused to issue another certificate upon a good and valid reason, namely, that there had been previously filed a notice of abandonment from the legal assignee of the prior certificate and a transfer thereof made to another locality. The excise officials are not clothed with power to determine equitable or contract rights. By Liquor Tax Law, §§ 8, 17, such abandonment and transfer operated to prohibit the deputy commissioner of excise from granting relator's petition for a further certificate to traffic in liquors at the premises so abandoned. The order of the Special Term is therefore reversed, with $10 costs and disbursements, and the writ of certiorari dismissed, with costs.

PEOPLE ex rel. CITY OF NEW YORK, Appellant, v. NEW YORK RYS. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Proceeding by the People of the State of New York, on the relation of the City of New York, against the New York Railways Company and another. S. J. Rosensohn, of New York City, for appellant. H. J. Smith, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. HELMS, Respondent, v. RUETIMAN, Appellant. (Supreme Court, Appellate Division, First Department. November 19, 1915.) Proceeding by the People of the State of New York, on the relation of William H. Helms, against Charles Ruetiman. E. T. Murdoch, of New York City, for appellant. R. S. Johnstone, of New York City, for respondent. No opinion. Judgment affirmed. Order filed.
For opinion below, see 85 Misc. Rep. 233, 148 N. Y. Supp. 612.

PEOPLE ex rel. JOHNSON v. SMITH, Mayor, et al. (Supreme Court, Appellate Division,

Third Department. November 10, 1915.) Proceeding by the People of the State of New York, on the relation of Mary C. Johnson, as executrix, etc., of Joseph S. Mead, deceased, against Clarence W. Smith, as Mayor, and William H. Coughlin and others, as Aldermen, members of and together constituting the Common Council of the City of Johnstown, N. Y. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. LANKTON, Respondent, v. ROBERTS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Proceeding by the People of the State of New York, on the relation of Frank G. Lankton, against Cornelius Roberts, as Superintendent of Buildings of Utica, N. Y. No opinion. Final order (90 Misc. Rep. 439, 153 N. Y. Supp. 143) affirmed, with costs.

PEOPLE ex rel. LEGGIARDO, Appellant, v. WARDEN OF HOUSE OF DETENTION FOR WITNESSES, Respondent. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Proceeding by the People of the State of New York, on the relation of Rocco Leggiardo, against the Warden of the House of Detention for Witnesses. R. H. Elder, of New York City, for appellant. S. L. Richter, of New York City, for respondent. No opinion. Order affirmed. Order filed.

PEOPLE ex rel. MILLER, Respondent, v. HALL et al., Assessors, Appellants. (Supreme Court, Appellate Division, Fourth Department. October 22, 1915.) Proceeding by the People of the State of New York, on the relation of Josiah T. Miller, against Charles T. Hall and others, Assessors of Seneca Falls, and others. No opinion. Final order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. PEOPLE'S PULPIT ASS'N, Respondent, v. PURDY et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 8, 1915.) Proceeding by the People of the State of New York, on the relation of the People's Pulpit Association, against Lawson Purdy and others, as Commissioners of Taxes, etc., of the City of New York. No opinion. Order affirmed, with $10 costs and disbursements.